205 Garber Drive<br>
Yardley, PA 19067<br>
(215) 595-7311<br>
August 21, 2017

The Hon. Gershwin Drain
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd. Room 707
Detroit, MI 48226

Re:   Emmet v. Del Franco et al.
      Case No. 2:16-cv-11211
      Compliance with Order of August 15, 2017

Dear Judge Drain:

Pursuant to your Order in this matter of August 15, 2017, attached is the doctor's note. A check for $500.00 for sanctions has been sent to your office via USPS Priority Mail; a copy of the mailing receipt is also attached.

Respectfully,<br>
<br>
Martin Karo

Enclosures (2)

cc: All Counsel of Record (Electronically via CM/ECF)