# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PETER W. EMMET,<br>     Plaintiff,<br>  v.<br><br>TOM DEL FRANCO; JOHN OSTENDORF; NICHOLAS DEL FRANCO; MARTIN KARO; ORGANIC AMERICA WHOLESALE, LLC; THE GREENHOUSE LEASING COMPANY, LLC; HOUGHTON STORAGE SOLUTIONS, LLC; HYDROPONICS HOUSE LC; ORGANIC AMERICA MARKETS, LLC; ORGANIC AMERICA FARMS, LLC; ORGANIC AMERICA HOLDINGS, LLC; ORGANIC AMERICA OF FORT MYERS, LLC; NDF ENTERPRISES;  ; ORGANIC AMERICA FARMS OF AMHERST, LLC; JOHN DOE(S) 1-10 AND ABC CORPORATION(S) 1-10,<br><br>     Defendants. | Case No.: 2:16-cv-11211<br><br>Hon. Gershwin A. Drain<br>Magistrate J. Stephanie Dawkins Davis |

| | |
|---|---|
| KEVIN M. MULVANEY (P76915)<br>CARA M. SWINDLEHURST (P79953)<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>Attorneys for Plaintiff<br>17197 N. Laurel Park Drive, Suite 201<br>Livonia, MI  48152<br>(313) 327-3100 / (313) 327-3103 (fax)<br>john.eads@wilsonelser.com<br>kevin.mulvaney@wilsonelser.com<br>cara.swindlehurst@wilsonelser.com | BRUCE J. LAZAR (P16475)<br>Couzens, Lansky, Fealk, Ellis, Roeder & Lazar, P.C.<br>Attorneys for all Defendants, except Martin Karo<br>39395 W. Twelve Mile Road<br>Suite 200<br>Farmington Hills, M I48331<br>(248) 489-8600 / (248) 489-4156 (fax)<br>bruce.lazar@couzens.com |

5505163v.1

| | |
|---|---|
| JOSEPH P. FITENI, ESQ.<br>Coughlin Duffy LLP<br>Attorneys for Plaintiff<br>350 Mt. Kemble Ave., Third Floor<br>Box 1917<br>Morristown, NJ 07962<br>(973) 631-6045 / (973) 267-6442 (fax)<br>jfiteni@coughlinduffy.com<br>msilver@coughlinduffy.com | MARTIN H. KARO (P40761)<br>In Pro Per<br>205 Garber Drive<br>Yardley, PA 19067-7342<br>(215) 428-2502 / (215) 428-2816 (fax)<br>martin.karo@verizon.net |

## **STIPULATION TO ADJOURN FACILITATION**

Counsel for Plaintiff and counsel for Defendants having agreed and the Court being otherwise fully advised in the premises, the parties stipulate that:

1. The Stipulation and Order Referring Case to Facilitation, wherein Facilitation is ordered to be on August 28, 2017 with Judge Daniel P. Ryan, be adjourned until January 8, 2018;

2. Parties shall appear at a facilitation hearing on January 8, 2018 at 9:30 a.m. with Judge Daniel P. Ryan.

**IT IS SO STIPULATED**

                                              By: /s/ Kevin M. Mulvaney
                                              KEVIN M. MULVANEY (P76915)
                                              WILSON ELSER MOSKOWITZ
                                              EDELMAN & DICKER, LLP
                                              17197 N. Laurel Park Drive, Ste 201
                                              Livonia, Michigan 48152
                                              (313) 327-3100
                                              Kevin.mulvaney@wilsonelser.com

        By: <u>/s/ Bruce J. Lazar (w/permission)</u>
        BRUCE J. LAZAR (P16475)
        Couzens, Lansky, Fealk, Ellis, Roeder & Lazar, P.C.
        Attorneys for all Defendants, except Martin Karo
        39395 W. Twelve Mile Road Suite 200
        Farmington Hills, M I48331
        (248) 489-8600 / (248) 489-4156 (fax)
        bruce.lazar@couzens.com


        By: <u>/s/ Martin Karo (w/permission)</u>
        Martin Karo
        Pro se
        205 Garber Dr.
        Yardley, PA 19067-7341
        (215)428-2502
        martin.karo@verizon.net

5505163v.1

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| PETER W. EMMET,<br>　　　　Plaintiff,<br>　v.<br><br>TOM DEL FRANCO; JOHN OSTENDORF; NICHOLAS DEL FRANCO; MARTIN KARO; ORGANIC AMERICA WHOLESALE, LLC; THE GREENHOUSE LEASING COMPANY, LLC; HOUGHTON STORAGE SOLUTIONS, LLC; HYDROPONICS HOUSE LC; ORGANIC AMERICA MARKETS, LLC; ORGANIC AMERICA FARMS, LLC; ORGANIC AMERICA HOLDINGS, LLC; ORGANIC AMERICA OF FORT MYERS, LLC; NDF ENTERPRISES;  ; ORGANIC AMERICA FARMS OF AMHERST, LLC; JOHN DOE(S) 1-10 AND ABC CORPORATION(S) 1-10,<br><br>　　　　Defendants. | Case No.: 2:16-cv-11211<br><br>Hon. Gershwin A. Drain<br>Magistrate J. Stephanie Dawkins Davis |

| | |
|---|---|
| KEVIN M. MULVANEY (P76915)<br>CARA M. SWINDLEHURST (P79953)<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>Attorneys for Plaintiff<br>17197 N. Laurel Park Drive, Suite 201<br>Livonia, MI  48152<br>(313) 327-3100 / (313) 327-3103 (fax)<br>john.eads@wilsonelser.com<br>kevin.mulvaney@wilsonelser.com<br>cara.swindlehurst@wilsonelser.com | BRUCE J. LAZAR (P16475)<br>Couzens, Lansky, Fealk, Ellis, Roeder & Lazar, P.C.<br>Attorneys for all Defendants, except Martin Karo<br>39395 W. Twelve Mile Road<br>Suite 200<br>Farmington Hills, M I48331<br>(248) 489-8600 / (248) 489-4156 (fax)<br>bruce.lazar@couzens.com |

| | |
|---|---|
| JOSEPH P. FITENI, ESQ.<br>Coughlin Duffy LLP<br>Attorneys for Plaintiff<br>350 Mt. Kemble Ave., Third Floor<br>Box 1917<br>Morristown, NJ 07962<br>(973) 631-6045 / (973) 267-6442 (fax)<br>jfiteni@coughlinduffy.com<br>msilver@coughlinduffy.com | MARTIN H. KARO (P40761)<br>In Pro Per<br>205 Garber Drive<br>Yardley, PA 19067-7342<br>(215) 428-2502 / (215) 428-2816 (fax)<br>martin.karo@verizon.net |

## **ORDER GRANTING ADJOURNING FACILITATION**

This matter having come before the court on the parties' stipulation and the court being otherwise fully advised:

IT IS HEREBY ORDERED AND ADJUDGED that:

3. The Stipulation and Order Referring Case to Facilitation, wherein Facilitation is ordered to be on August 28, 2017 with Judge Daniel P. Ryan, be adjourned until January 8, 2018;

4. Parties shall appear at a facilitation hearing on January 8, 2018 at 9:30 a.m. with Judge Daniel P. Ryan.

   IT IS SO ORDERED.
   This is NOT a final order and does NOT resolve the case.

Date:  August 29, 2017

/s/Gershwin A Drain
United States District Court Judge

5505163v.1