UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Peter W. Emmet,

                              Plaintiff(s),

v.                                                Case No. 2:16–cv–11211–GAD–SDD
                                                  Hon. Gershwin A. Drain

Tom Del Franco, et al.,

                              Defendant(s),

_____

## NOTICE TO APPEAR

    You are hereby notified to appear before Magistrate Judge Stephanie Dawkins Davis at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Room 112, Flint, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE:  March 14, 2018 at 10:00 AM

    **ADDITIONAL INFORMATION:**    *All previous requirements set forth in the Order for Settlement Conference (Dkt. 61) remain in effect. Confidential Settlement Statements are due by February 28, 2018.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/T. Hallwood_____
                                  Case Manager

Dated:   September 26, 2017