UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Peter W. Emmet,

                Plaintiff(s),

v.                                      Case No. 2:16−cv−11211−GAD−SDD
                                       Hon. Gershwin A. Drain

Tom Del Franco, et al.,

                Defendant(s),

## NOTICE TO APPEAR

    You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  May 18, 2018 at 10:00 AM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/T Bankston
                                                                Case Manager

Dated:  May 2, 2018